**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Bryan William Ott** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00553-RLW |
| ) | |
| **DOES 1 – 15,551** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS

Plaintiff Brian William Ott (hereinafter the "Plaintiff"), by counsel and pursuant to Fed. R. Civ. P. 41(a), hereby files this its Notice of Dismissal without prejudice of Doe Defendants 1 – 15,551. These Defendants have not filed an answer or a motion for summary judgment in this matter.

DATED this 20th day of June, 2011.

                                                      Respectfully submitted,

                                                      Bryan William Ott
                                                      By Counsel
                                                      By:
                                                      /s/_____
                                                      Ellis L. Bennett, Bar #479059
                                                      Dunlap Grubb & Weaver, PLLC
                                                      199 Liberty Street, SW
                                                      Leesburg, VA 20175
                                                      ebennett@dglegal.com
                                                      703-777-7319 (telephone)
                                                      703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)

*Attorney for the Plaintiff*